THE HONORABLE
_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES B. EDWARDSON,

        Plaintiff,

v.

CALIBER HOME LOANS, NATHAN F. SMITH, MITZI JOHANKNECKT, HUGO ESPORZA,

        Defendants.

No.

NOTICE OF REMOVAL

TO: The Clerk, United States District Court
for the Western District of Washington at Seattle

### I.    REMOVAL OF STATE COURT ACTION

Defendant Caliber Home Loans, Inc. ("Caliber") is a party in the above-entitled civil action commenced on May 15, 2019, and still pending in the Superior Court of the State of Washington for King County, as Cause No. 19-2-13119-5 KNT. Through this Notice, Caliber prays that this action be removed to this Court from the Superior Court of the State of Washington for King County. All properly served defendants join in this prayer for removal. *See Destfino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011) (only defendants "properly … served in the action" must join in prayer for removal).

/././

NOTICE OF REMOVAL (No. ) – 1

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

## II. BASIS FOR JURISDICTION IN FEDERAL COURT

**A. Federal Question Jurisdiction**

a. Plaintiff's Complaint alleges that Defendant Caliber is involved in fraudulent lending practices, in violation of §17152-23 Home for Home Owners Program, 305 (a)(2) of the Federal Mortgage Corporation Act 12 U.S.C. § 1454; 12 U.S.C. § 1709(b) and 12 U.S.C. § 2605.

b. This Court therefore has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 as plaintiff's claims arise under the Constitution, laws or treaties of the United States.

**B. Propriety of Removal**

This action is removable to this Court under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over plaintiff's claims had plaintiff elected to file the action initially in federal court. This Court is the United States District Court for the district and division embracing the place where the state court action is pending, and is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

**C. Receipt of Initial Pleading and Timeliness of Removal**

Defendant Caliber has not been served with plaintiff's Summons and Complaint but received a courtesy copy on May 29, 2019. This notice is filed within thirty (30) days of such receipt as required by 28 U.S.C. § 1446(b)(1), (2)(B).

**D. The State-Court Complaint and other Pleadings**

Attached to this Notice is a true copy of the Complaint which plaintiff filed in the action pending in state court. All other process, pleadings or orders served on defendant or filed in the state court in this action will be filed, together with the verification of defendant's counsel, within 14 days of the filing of this Notice, as required by Local Rules W.D. Wash. LCR 101(b).

/././

/././

/././

NOTICE OF REMOVAL TO FEDERAL COURT (No. ) – 2

Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 6, 2019 | By: s/ Thomas N. Abbott, WSBA # 53024<br>Attorneys for Defendant<br>CALIBER HOME LOANS, INC. |
| 3 | | |
| 4 | | **Perkins Coie LLP**<br>505 Howard Street, Suite 1000 |
| 5 | | San Francisco, CA 94105-3204<br>Telephone: 415.344.7000 |
| 6 | | Facsimile: 415.344.7050<br>Email:  TAbbott@perkinscoie.com |

NOTICE OF REMOVAL TO FEDERAL
COURT (No. ) – 3

**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Non ECF Service List

*In Pro Se Plaintiff*
James B. Edwardson
P.O. Box 2049
Airway Heights, WA 99001

_____
Matthew Walkup

Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050

144616163.1