

FILED ___ LODGED ___ RECEIVED

JUL 08 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States District Court
Western District Of Washington
At Seattle

| | |
|---|---|
| James Edwardson, Plaintiff, | Case No.: 2:19-CV-0088-JJC |
| | Plaintiff's Reply to Defendant's Motions To Dismiss |
| v. | |
| Caliber Home Loans, Et. Al., Defendant(s), | |

    Plaintiff is a Pro-Se Prisoner, who was cheated out of a Prime Piece of Property, by Fraudulent Acts of the Defendants, and some other Misconduct took Place. On June 21, 2019, the Plaintiff received the Defendant's Motions to Dismiss. On June 22, 2019, the Plaintiff was transported to the Spokane County Jail and eventually to Oregon Prisons, where he will be for the next 12-18 Months. At this Time the Plaintiff has not received any Discovery from the Defendant.

    In order for the Plaintiff to overcome the Motion for Summary Judgment and Motion to Dismiss, he will need to Seek out Further Discovery. Under F.R.C.P. 56(d) WHEN FACTS ARE UNAVAILABLE TO THE NONMOVANT. If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:

    (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any appropriate Order.

    See the Attached Declaration of Plaintiff. There are Numerous Cases filed with the United States District Courts that Name Either Caliber Home Loans, Inc, Wells Fargo N.A., and First Franklin Financial, Corp. as Defendants for simmilar actions where in some of them the Defendant Caliber Home Loan was named as Co Defendant's in Civil Cases for Mortgage Frauds, and other Bad Lending Practices.

    This Court should either Grant the Plaintiff a Continuance to Conduct Discovery as the Defendant's have not Provided Discovery, or Deny The Defendant's Motions as Untimely and allow the Plaintiff his Day in Court, so that he can ferret out any claims that have no merit, and persue the

Plaintiff's Reply 1

Constitutional Violations that do, and allow him to Amend the Civil Complaint.

Signed this 3 day of July, 2019

*[signature]*

### Declaration of Mailing

I, *[signature]*, Declare that I have mailed a Copy of Plaintiff's Motion to Defendants and Court At the Address below:

Defendant Hugo Esparza
~~Defendant BatterBebankAttorney~~
900 King County Adminstration Building
500 Fourth Ave.
Seattle, Washington
98104


Caliber Home Loans, Defendant
Perkins Cole, LLP
505 Howard St. Suite 1000
San Francisco, CA 94105-3204

United States District Court
Western District of Washington
At Seattle
William M. McCool Clerk of Court
700 Stewart ST.
Seattle, Washington 98101

Signed this 2 day of July, 2019.

*[signature]*, Plaintiff

Plaintiff's Reply 2

I, _J Edwards_,                   Declaration of
                          declare that the following Statements are True and
Based Upon First Hand Knowledge as Follow:

1. At this time I am unable to Present any Evidence to Counter or Defendant against the Defendant's Motions for Summary Judgment.

2. If this Court Grants a Denial or Continuance under F.R.C.P. 56 (d) I will be able to overcome the Summary Judgment by presenting evidence via Interrogatories and Requests for Productions to Defendant against the Motions to Dismiss and Summary Judgment.

3. I am a Pro-Se Litigant Confined in the Washington State Deparment of Corrections awaiting Transport to the State of Oregon. I have not been served with any of the paperwork that the Defendant Produced to the Court as Exhibits in the King County Superior Court Case.

4. The Defendant's Motion for Summary Judgment brought to Light some factual evidence that will Support the Fraud, and will allow me to seek out those allegations through discovery, to meet the elements or amend the complaint to remove the elements of fraud.

5. Without being able to Conduct Discovery I am in No Position to Defendant against these Motions to Dismiss and for Summary Judgment, and Discovery has not been had at this Point. Although Defendant's have been served with Interrogatories and Requests for Production of Documents.

6. I, _J Edwards_, swear that the above statements are true, correct and based upon first hand personal knowledge.

Signed at _Monroe_, State of _Washington_ dated: _08/03/19_, 2019.

_J Edwards_
_____, Plaintiff

Declaration Page 1

James Edwardson
c/o Hebert
16300 State Hwy
Poulsbo, WA.

7017 3040 0001 1647 1334

CERTIFIED MAIL

United States District Court
Western District of Washington
William M McCool
Clerk of Court
700 Stewart St.
Seattle, WA. 98101



U.S. POSTAGE PAID
FCM LETTER
SUQUAMISH, WA
98392
JUL 03, 19
AMOUNT
$4.20
R2305E125404-04

9810134442 0028