THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES B. EDWARDSON, | CASE NO. C19-0888-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CALIBER HOME LOANS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 16, 2019, Defendant Caliber Home Loans ("Caliber") filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 6.) On June 18, 2019, Defendants Mitzi Johankneckt and Hugo Esporza (the "King County Defendants") filed a motion to dismiss pursuant to Rule 12(b)(6). (Dkt. No. 8.) Those motions were initially noted for the Court's consideration on July 12, 2019. (*See* Dkt. Nos. 6, 8.) The briefing on those motions is now closed. (*See* Dkt. Nos. 14, 18, 20.)

On July 10, 2019, Defendant Nathan Smith filed a motion to dismiss pursuant to Rule 12(b)(6). (Dkt. No. 16.) That motion is noted for the Court's consideration on August 2, 2019. (*Id*.) Pursuant to Local Civil Rule 7(l), and in the interest of judicial economy, the Court hereby re-notes Caliber's motion to dismiss (Dkt. No. 6) and the King County Defendant's motion to

MINUTE ORDER
C19-0888-JCC
PAGE - 1

1  dismiss (Dkt. No. 8) to August 2, 2019.

2  DATED this 12th day of July 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk